570 A.2d 961

MAUREEN PATRAUSCHKE RANAGAN v. JOSEPH F. DOYLE, ESQ. v. LIPMAN, ANTONELLI, BATT & DUNLAP, ESQS., ET AL.

October 23, 1989.

Petition for certification denied.

570 A.2d 961

KIRSCHNER BROTHERS OIL CO., ETC. v. CHARLES SERRAINO, ETC.

October 23, 1989.

Petition for certification denied.

570 A.2d 961

CITY OF ATLANTIC CITY v. SENCIT F/G LIGHTHOUSE ASSOCIATES.

October 23, 1989.

Petition for certification denied.